FILED
SEP 25 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 02 CR 0928 |
| v. ) | Violations: Title 18, United States Code |
| ) DOCKETED | Sections 2422(a), 2423(a), and 2. |
| MICHAEL ROBINETTE ) | JUDGE PALLMEYER |
| OCT 23 2002 | |

COUNT ONE

MAGISTRATE JUDGE DENLOW

The SPECIAL MARCH 2001 GRAND JURY charges:

On or about December 25, 1999, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MICHAEL ROBINETTE,

defendant herein, knowingly transported an individual under the age of eighteen years in interstate commerce from Chicago, Illinois to Ft. Lauderdale, Florida with intent that such individual engage in sexual activity for which the defendant can be charged with a criminal offense under Florida law;

In violation of Title 18, United States Code, Section 2423(a).

## COUNT TWO

The SPECIAL MARCH 2001 GRAND JURY further charges:

On or about January 14, 2000, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### MICHAEL ROBINETTE,

defendant herein, knowingly transported an individual under the age of eighteen years in interstate commerce from Chicago, Illinois to Los Angeles, California with intent that such individual engage in sexual activity for which the defendant can be charged with a criminal offense under California law;

In violation of Title 18, United States Code, Section 2423(a).

## COUNT THREE

The SPECIAL MARCH 2001 GRAND JURY further charges:

On or about March 25 and 26, 2000 at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

## MICHAEL ROBINETTE,

defendant herein, knowingly transported an individual under the age of eighteen years in interstate commerce from Chicago, Illinois to Honolulu, Hawaii with intent that such individual engage in sexual activity for which the defendant can be charged with a criminal offense under Hawaiian law;

In violation of Title 18, United States Code, Section 2423(a).

## COUNT FOUR

The SPECIAL MARCH 2001 GRAND JURY further charges:

On or about July 19, 2000 at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

## MICHAEL ROBINETTE,

defendant herein, knowingly transported an individual under the age of eighteen years in interstate commerce from Chicago, Illinois to Indianapolis, Indiana with intent that such individual engage in sexual activity for which defendant can be charged with a criminal offense under Indiana law;

In violation of Title 18, United States Code, Section 2423(a).

## COUNT FIVE

The SPECIAL MARCH 2001 GRAND JURY further charges:

On or about August 13, 1999, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MICHAEL ROBINETTE,

defendant herein, knowingly persuaded, induced, enticed, and coerced Individual A to travel in interstate commerce from Chicago to Indianapolis, Indiana, to engage in sexual activity for which the defendant can be charged with a criminal offense under Indiana law;

In violation of Title 18, United States Code, Section 2422(a).

A TRUE BILL:

_____
FOREPERSON

Patrick J. Fitzgerald, by DAJ
UNITED STATES ATTORNEY

No.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA

vs.

MICHAEL D. ROBINETTE

I N D I C T M E N T

Violations: Title 18, United States Code, Sections 2422(a), 2423(a), and 2

A true bill,

_____
Foreman

Filed in open court this 25th day of September, A.D. 2002

**MICHAEL W. DOBBINS**
Clerk

_____
Deputy Clerk

Bail, $ _____

PO 880.320